```
FILED: MAY 1, 2008
08cv2496 J. N.
JUDGE ZAGEL
MAG. JUDGE COLE
```

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff**(s): **HAL RUDDICK, TIMOTHY THOMAS, FELICIA BRYANT, BARRY CARR, MOSHE DAVIS and MARSHALL MAUER as Trustees of THE SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 4 HEALTH AND WELFARE FUND and HAL RUDDICK, TIMOTHY THOMAS, FLOYD SCHLOSSBERG and MARSHAL MAUER as Trustees of THE SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 4 PENSION FUND.**

**Defendant**(S): **CONTINENTAL CARE CENTER, INC., and DAVID MEISELS, individually,**

County of Residence: Cook

County of Residence: Cook

Plaintiff's Atty:    LaKisha M. Kinsey-Sallis
                     Dowd, Bloch & Bennett
                     8 S. Michigan Avenue, 19th Flr,
                     Chicago IL 60603
                     312-372-1361

Defendant's Atty:

II. Basis of Jurisdiction:              **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties
**(Diversity Cases Only)**

                        Plaintiff:-**N/A**

                        Defendant:-**N/A**

IV. Origin :                            **1. Original Proceeding**

V. Nature of Suit:                      **791 E.R.I.S.A**

VI.Cause of Action:                     **Collection Action by multi-employer benefit funds brought pursuant to 129 U.S.C. Sec. 1132 (e)(1) & (e)(2) and 29 U.S.C. 185 (a) & (c)**

VII. Requested in Complaint

            Class Action:**No**

            Dollar Demand:

            Jury Demand:**No**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

**Signature:**    /s/LaKisha M. Kinsey-Sallis

**Date:**         May 1, 2008