# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number:   FILED: MAY 1, 2008
                                                                         08cv2496 J. N.
**HAL RUDDICK, TIMOTHY THOMAS, FELICIA BRYANT, BARRY CARR, MOSHE DAVIS**    JUDGE ZAGEL
**and MARSHALL MAUER as Trustees of THE SERVICE EMPLOYEES INTERNATIONAL**    MAG. JUDGE COLE
**UNION LOCAL 4 HEALTH AND WELFARE FUND and HAL RUDDICK, TIMOTHY**
**THOMAS, FLOYD SCHLOSSBERG and MARSHAL MAUER as Trustees of THE SERVICE**
**EMPLOYEES INTERNATIONAL UNION LOCAL 4 PENSION FUND,**

                             Plaintiffs,

v.

**CONTINENTAL CARE CENTER, INC., and DAVID MEISELS, individually,**

                             Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: Plaintiffs

| |
|---|
| NAME (Type or print)<br>STEVEN W. JADOS |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Steven W. Jados |
| FIRM<br>Dowd, Bloch & Bennett |
| STREET ADDRESS 8 S. MICHIGAN AVENUE, 19TH FLOOR |
| CITY/STATE/ZIP<br>Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06289821 | (312) 372-1361 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO X |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐