# United States District Court for the Northern District of Illinois

Case Number: 08CV2496     Assigned/Issued By: J. N.

Judge Name: ZAGEL     Designated Magistrate Judge: COLE

## FEE INFORMATION

*Amount Due:*   [✓] $350.00    [ ] $39.00    [ ] $5.00
           [ ] IFP        [ ] No Fee    [ ] Other _____
           [ ] $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350     Receipt #: 2743500

Date Payment Rec'd: 5-1-08     Fiscal Clerk: J. N.

## ISSUANCES

[✓] Summons                          [ ] Alias Summons

[ ] Third Party Summons              [ ] Lis Pendens

[ ] Non Wage Garnishment Summons    [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons

                                       (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
       (Type of Writ)

2 Original and 0 copies on 5-1-08 as to ALL DEFENDANTS
                              (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05