IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Hal Ruddick, Timothy Thomas, Felicia Bryant, Barry Carr, Moshe Davis, and Marshall Fuller, as Trustees of The Service Employees International Union Local 4 Health & Welfare Fund** | ) ) ) ) ) ) | |
| **and** | ) ) | **08 cv 2496** |
| **Hal Ruddick, Timothy Thomas, Floyd Schlossberg and Marshall Fuller, as Trustees of The Service Employees International Union Local 4 Pension Fund** | ) ) ) ) ) ) | **Judge Zagel** **Magistrate Cole** |
| v. | ) ) ) | |
| **Continental Care Center, Inc. and David Meisels** | ) ) ) | |

## NOTICE OF FILING

TO:  **LaKisha M. Kinsey-Sallis**
**Dowd, Bloch & Bennett**
**8 South Michigan Ave.**
**19th Floor**
**Chicago, Illinois 60603**


PLEASE TAKE NOTICE that on May 28, 2008, we filed with the Clerk of the United States District Court, Defendant Continental Care Center, Inc.'s Answer to Complaint, a copy of which is herewith served on you.

　　　　　　　　　　　　　　　　　　　　　　／s/ Carey M. Stein
　　　　　　　　　　　　　　　　　　　　　One of Continental's attorneys

Carey M. Stein
ASHMAN & STEIN
150 North Wacker Drive
Suite 3000
Chicago, Illinois  60606
312-782-3484

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the within notice and motion was served electronically through the Court's ECF filing system on:

**LaKisha M. Kinsey-Sallis**
**Dowd, Bloch & Bennett**
**8 South Michigan Ave.**
**19th Floor**
**Chicago, Illinois 60603**


/s/Carey M. Stein


Carey M. Stein
ASHMAN & STEIN
Attorneys for Plaintiff
150 North Wacker Drive
Suite 3000
Chicago, Illinois  60606
(312) 782-3484

C:\Documents and Settings\All Users\Documents\ACTIVE\Meisels (continental) adv. SEIU\pleadings\NOF.wpd