# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Hal Ruddick, Timothy Thomas, Felicia Bryant, Barry Carr, Moshe Davis, and Marshall Fuller, as Trustees of The Service Employees International Union Local 4 Health & Welfare Fund** | ) ) ) ) ) ) | |
| **and** | ) ) ) | **08 cv 2496** |
| **Hal Ruddick, Timothy Thomas, Floyd Schlossberg and Marshall Fuller, as Trustees of The Service Employees International Union Local 4 Pension Fund** | ) ) ) ) ) ) | **Judge Zagel** **Magistrate Cole** |
| **v.** | ) ) ) | |
| **Continental Care Center, Inc. and David Meisels** | ) ) | |

### NOTICE OF MOTION

**To**:   **LaKisha M. Kinsey-Sallis**
        **Dowd, Bloch & Bennett**
        **8 South Michigan Ave.**
        **19th Floor**
        **Chicago, Illinois 60603**

Please take notice that on July 17, 2008, at 10:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge James B. Zagel, or any judge sitting in his stead, in Courtroom 2503, at 219 S. Dearborn, Chicago, and then and there present the attached **MOTION FOR LEAVE TO FILE ANSWER AND AFFIRMATIVE DEFENSES**.

                                           BY: /s/ Carey M. Stein
                                           One of Defendant Meisels' Attorneys

Carey M. Stein
ASHMAN & STEIN
Attorneys for Defendants
150 North Wacker Drive
Suite 3000
Chicago, Illinois  60606
(312) 782-3484
37710

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the within notice and motion was served electronically through the Court's ECF filing system on:

> **LaKisha M. Kinsey-Sallis**
> **Dowd, Bloch & Bennett**
> **8 South Michigan Ave.**
> **19th Floor**
> **Chicago, Illinois 60603**

/s/Carey M. Stein

Carey M. Stein
ASHMAN & STEIN
Attorneys for Plaintiff
150 North Wacker Drive
Suite 3000
Chicago, Illinois  60606
(312) 782-3484

C:\Documents and Settings\All Users\Documents\ACTIVE\Meisels (continental) adv. SEIU\pleadings\meisels motions\answerleavenom.wpd